ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/4/2015 8:50:47 AM
DEBBIE AUTREY
CLERK

**CAUSE NO. 06-15-00064-CR**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/4/2015 8:50:47 AM
DEBBIE AUTREY
Clerk

## IN THE TEXAS COURT OF APPEALS

## FOR THE SIXTH APPELLATE DISTRICT

## TEXARKANA, TEXAS

---

### JONATHAN RAY SHEPHERD

**Appellant**

**vs.**

### THE STATE OF TEXAS,

**Appellee**

Appeal from the 115th District Court of Upshur County, Texas, Cause No. 16,605

---

## MOTION TO WITHDRAW BY
## APPELLANT'S COURT APPOINTED ATTORNEY

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now, Dwight A. Brannon, the Appellant's Court Appointed Attorney, who respectfully files this motion to withdraw as the attorney on appeal for Jonathan Ray Shepherd, the Appellant. In support of this said motion, this attorney would show the Court the following:

1

I.

To this attorney's knowledge the Appellant has been notified in writing by his retained attorney of this withdrawal and of the substitution of Russell Wilson II as Appellant's retained appellate attorney. However, some research and record review attorney services have occurred, and extensive copying of the Clerk's Record and the Reporter's Record have been performed by this attorney's office. Upshur County should be reimbursed by Appellant through his retained attorney upon approval of the billing by Judge Parish, the presiding judge of the 115th District Court.

II.

This attorney has no objection to the substitution request.

**PRAYER**

Wherefore premises Considered, this attorney prays that this motion to withdraw be granted and that the reimbursement relief requested be granted.

Respectfully submitted,

By: _____
Dwight A. Brannon
P.O. Box 670
Gilmer, Texas 75644
Tel: 903-843-2523
Fax: 903-843-6014
State Bar No.02894500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw has been delivered via telefax to the Upshur County District Attorney's Office and to Russell Wilson, II by telefax, on this 3rd day of September 2015.

_____
Dwight A. Brannon

3

CAUSE NO. 06-15-00064-CR

| | | |
|---|---|---|
| JONATHAN RAY SHEPHERD<br>Appellant | § | IN THE TEXAS COURT OF APPEALS |
| VS. | § | FOR THE SIXTH APPELLATE |
| THE STATE OF TEXAS<br>Appellee | § | DISTRICT, TEXARKANA, TEXAS |

## ORDER

On this the _____ day of _____, 2015, came on to be heard the Motion to Withdraw filed by Appellant's Court Appointed attorney.

After consideration, the Court makes the following order on said Motion:

Said Motion is GRANTED. Dwight A. Brannon, attorney, is removed from this case and Russell Wilson II, attorney is substituted as the retained attorney for Appellant.

SIGNED this _____ day of _____, 2015.

_____
PRESIDING JUDGE
6th Court of Appeals of Texas